UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA GRIMES**,<br><br>         Plaintiff,<br><br>vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br><br>         Defendant. | **2:20-CV-12066-TGB-KGA** |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 18), it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**, Plaintiff's Motion for Summary Judgment (ECF No. 14) is **DENIED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  February 28, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE